No. 20. CARNATION Co. *v.* PACIFIC WESTBOUND CONFERENCE ET AL., *ante,* p. 213.

It is ordered that the opinion of the Court in this case handed down on February 28, 1966, is amended as follows:

(1) By striking that portion of the last paragraph on page eight of the slip opinion commencing with the words "Even if" and concluding with the words "Court of Appeals' decision" in the first line of page nine;

(2) By striking the first, third, and fourth sentences of the paragraph commencing on page nine and concluding on page ten, and adding the following "An appeal from the Commission's decision is now pending." after the sentence commencing "The Commission completed" in said paragraph;

(3) By striking the words "for a determination of the antitrust issues." from the last paragraph of the opinion and substituting therefor the words "with instructions to stay the action pending the final outcome of the Shipping Act proceedings and then to proceed in a manner consistent with this opinion."

No. 752, Misc. REYES *v.* KLINGER ET AL. Motion for leave to file petition for writ of habeas corpus denied. MR. JUSTICE DOUGLAS is of the opinion that the motion for leave to file should be granted.

No. 1226, Misc. FARNSWORTH *v.* TURNER, WARDEN; and

No. 1255, Misc. FURTAK *v.* WILKINS, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied. Treating the papers submitted as petitions for writs of certiorari, certiorari is denied.

No. 1210, Misc. DUVAL *v.* UNITED STATES. Motion for leave to file petition for writ of prohibition denied.